UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01903-JWH | Date | July 8, 2022 |
| Title | *In Re Rosalinda T. Buenviaje* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Deborah Lewman | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Nicholas Watts Gebelt | Kenneth J. Catanzarite |

**Proceedings:** **SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel.

The Court **ORDERS** this case consolidated with case numbers EDCV 21-01906-JWH and EDCV 21-01907-JWH. All future filings shall be filed only under the low number case, EDCV 21-01903-JWH. Case numbers EDCV 21-01906-JWH and EDCV 21-01907-JWH are hereby administratively **CLOSED**. No further filings shall be filed in case numbers EDCV 21-01906-JWH and EDCV 21-01907-JWH.

The Court sets a trial schedule. The Court will issue a separate Scheduling Order.

The Court sets the following briefing schedule on Defendants' anticipated Motion to Dismiss for Lack of Subject Matter Jurisdiction:

| | |
|---|---|
| Deadline to file Motion: | July 29, 2022 |
| Opposition: | August 19, 2022 |
| Reply: | September 2, 2022 |
| Hearing Date: | September 16, 2022, at 9:00 a.m. |

**IT IS SO ORDERED.**

Time:  00:17
Initials of Preparer:  djl