JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA T. BUENVIAJE,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA CHARNETSKY, *et al.*,<br><br>Defendants. | Case No. 5:21-cv-01903-JWH<br>(Consolidated with Case<br>Nos. 5:21-cv-01906-JWH and<br>5:21-cv-01907-JWH)<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction [ECF No. 21]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(1) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court does not possess subject matter jurisdiction over the above-captioned consolidated actions.

2. Accordingly, these consolidated actions are **DISMISSED for lack of jurisdiction**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 29, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE